08 CIV 6818

JUDGE SAND

UNITED STATES DISTRICT COURT
S0UTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the Arbitration<br>NAVNEET PUBLICATIONS (INDIA) LIMITED,<br><br>Petitioner,<br><br>-against-<br><br>AMERICAN SCHOLAR, INC. and<br>NATIONAL PAPER PRODUCTS, INC.,<br><br>Respondent. | No.: 08 Civ. _____<br><br>**PLAINTIFF'S RULE 7.1<br>DISCLOSURE STATEMENT** |



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Navneet Publications (India) Limited, a non-governmental corporate party, hereby states that Plaintiff has no parent corporation and that no publicly held corporation owns 10% of more of its stock.

Dated: New York, New York
       July 30, 2008

DAVIS & GILBERT LLP

By: *Scott M. Singer*
    Howard J. Rubin
    Scott M. Singer
    1740 Broadway
    New York, New York 10019
    (212) 468-4800
    hrubin@dglaw.com
    ssinger@dglaw.com
    *Attorneys for Plaintiff Navneet
    Publications (India) Limited*