UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>NAVNEET PUBLICATIONS (INDIA) LIMITED,<br><br>Petitioner,<br><br>-against-<br><br>AMERICAN SCHOLAR, INC. and NATIONAL PAPER PRODUCTS, INC.,<br><br>Respondents. | 08 Civ 6818 (LBS)<br><br>**AFFIDAVIT OF SERVICE VIA FEDERAL EXPRESS, NEXT DAY AIR.**<br><br>ECF Case |

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK   )

I, Richard Gomez, being duly sworn, depose and say:

1. I am not a party to this action; I am over the age of eighteen and I am employed by Davis & Gilbert LLP, 1740 Broadway, New York, New York 10019.

2. On July 30, 2008, I served via Federal Express, Next day Air, true copies of Notice of Petition to Confirm Arbitration Award, Petition to Confirm Arbitration Award, Civil Cover Sheet, Rule 7.1 Statement, Judge Leonard B. Sands Rules and Magistrate Judge Dolinger Rules upon American Scholar, Inc., at the address listed below:

> American Scholar, Inc.
> 335 Crooked Hill Road,
> Brentwood, NY 11717
> Federal Express Tracking # 738500256792

by depositing true copies of the aforementioned documents, in a sealed Federal Express envelope and deposited it under the exclusive custody of Federal Express in New York.

_____
Richard Gomez

Sworn to before me this
31st day of July 2008.

_____
Notary Public

LYNN M. LITTLE
Notary Public, State of New York
No. 01L-16043500
Qualified in Kings County
Commission Expires June 19, 2010
Certification File in NY County