RECEIVED
AUG 2 8 2008
CHAMBERS OF
LEONARD B. SAND

**MEMO ENDORSED**

## DAVIS & GILBERT LLP
### 1740 BROADWAY
### NEW YORK, NEW YORK 10019
### (212) 468-4800

DIRECT DIAL NUMBER
(212) 468-4971
EMAIL ADDRESS
ssinger@dglaw.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8·28·08

August 27, 2008

MAIN FACSIMILE
(212) 468-4888
PERSONAL FACSIMILE
(212) 974-7050

BY FACSIMILE

Hon. Leonard B. Sand
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1650
New York, NY 10007

> Re.  *Navneet Publications (India) Limited v. American Scholar, Inc. and
> National Paper Products, Inc.*, No. 06 Civ. 6818 (LBS)
> 08

Dear Judge Sand:

We represent petitioner Navneet Publications (India) Limited in the aforementioned
action to confirm two arbitration awards made in petitioner's favor and against respondents
American Scholar, Inc. and National Paper Products, Inc. We write in accordance with Ms.
Zandy's instructions to confirm what was discussed on a telephone conference this afternoon
among Ms. Zandy, me, and Douglas Thaler, Esq., who was counsel to respondents in the
arbitration that is the subject of this petition

Mr. Thaler informed me today that he has not heard from respondents in connection with
this petition and does not know how they intend to proceed. Respondents have not appeared in
this action, and Mr. Thaler is not certain as to whether respondents intend to appear.
Accordingly, Mr. Thaler requested an adjournment of the argument on this petition to ascertain
how respondents intend to proceed, and petitioner consents to this request. Argument on this
petition was set for tomorrow, August 28, 2008 at 9:30 a.m. Ms. Zandy indicated during the call
that the argument would be adjourned until Monday, September 15, at 2:15 p.m.

Respectfully submitted,

Scott M. Singer

cc:  Douglas Thaler, Esq., counsel for respondents (by e-mail and facsimile)

**MEMO ENDORSED**

So ordered

8/28/08